FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG EUGENE LATZA,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST FARMER-STOCKMAN, LLC fka NORTHWEST FARMER-STOCKMAN, INC., and EMERALD CONNECT, LLC,<br><br>    Defendants. | No. 2:22-CV-00169-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court are Plaintiff's and Defendant Northwest Farmer-Stockman's Stipulation of Dismissal with Prejudice of Defendant Farmer Stockman, LLC fka Northwest Farmer-Stockman, Inc. ECF No. 17 and Plaintiff's Notice of Voluntary Dismissal of Defendant Emerald Connect, LLC Without Prejudice, ECF No. 18. Plaintiff is represented by Joel Rothman. Defendant Northwest Farmer Stockman is represented by Asti Gallina and Casey Bruner. No counsel has appeared for Defendant Emerald Connect LLC.

    Plaintiff and Defendant Northwest Farmer-Stockman stipulate to the dismissal of the instant lawsuit with prejudice, with each party to bear its own costs, attorneys' fees, and expenses. *Id*. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Plaintiff dismisses the instant lawsuit against Defendant Emerald Connect, LLC, without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED** as to Defendant Northwest Farmer Stockman, LLC fka Northwest Farmer Stockman, Inc. **with prejudice**, with each party to bear their own costs, attorneys' fees and expenses.

2. Pursuant to Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), , the above-captioned action is **DISMISSED** as to Defendant Emerald Connect, LLC, **without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 27th day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**